GABRIEL L. GRASSO, ESQ.
Nevada Bar Number 7358
**GABRIEL L. GRASSO, P.C.**
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
Phone: (702) 868-8866
Fax: (702) 868-5778
Attorney for Defendant BALVA

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 26 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) Case No.: 2:15-cr-00307-KJD-VCF-1
vs. )
)
SHAWN MICHAEL BALVA, )
)
Defendant. )
_____ )

### STIPULATED SUBSTITUTION OF COUNSEL

NOTICE IS HEREBY GIVEN that the defendant, SHAWN MICHAEL BALVA requests a substitution of counsel in the above styled cause, wherein GABRIEL L. GRASSO, ESQ. is substituted counsel and the Law Office of RICHARD SCHONFELD, is no longer counsel of record for the defendant.

DATED this 26th day of January, 2016.

Richard Schonfeld, Esq.
520 S. Fourth St.
Las Vegas, NV  89101
(702) 384-5563

Gabriel L. Grasso, Esq.
State Bar Number 7358
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
(702) 868-8866

_____
RICHARD SCHONFELD, ESQ.

_____
GABRIEL L. GRASSO, ESQ.

_____
SHAWN M. BALVA, DEFENDANT

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 1-26-2016