# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                Plaintiff,

v.

Shawn Michael Balva

                Defendant.

JUDGMENT

Case Number: 2:15-cr-0307-KJD-VCF

(Related case: 2:19-cv-01750-KJD)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of United States against Defendant denying Motion to Vacate or Set Aside Sentence, and denying a Certificate of Appealability.

| | |
|---|---|
| April 13, 2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | |
| | /s/ J. Matott |
| | Deputy Clerk |